In the Matter of the Claim of Dora Smithwick, Respondent, against Fay Taxicabs, Inc., and New Amsterdam Casualty Company, Appellants. State Industrial Board, Respondent.— Award to dependent mother. The evidence shows substantial contributions by the deceased son. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Frank Cartenuto, Respondent, against McConnell & Company, Inc., and Utica Mutual Insurance Company, Appellants. State Industrial Board, Respondent.— Claimant suffered an industrial injury to his foot; in addition thereto he suffered from osteomyelitis in his foot. The doctors advised amputation of the foot; the claimant has declined to follow their advice. Whether or not this was reasonable was a question of fact to be determined by the State Industrial Board. The injury to the foot wholly incapacitates the claimant, and confines him to his bed. This does not constitute a schedule loss, and may as a matter of fact result in total disability. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Helen Zimmerman, Respondent, against Hyman Taubman, Respondent, and Continental Casualty Company, Appellant. State Industrial Board, Respondent.— Appeal by an insurance carrier from an award in claimant's favor. The sole question here is the issue of policy coverage. On January 23, 1937, while claimant was employed as a salesgirl by the employer and while engaged in the regular course of her employment she sustained injuries for which the award is made. The insurance policy issued to the employer by appellant excluded members of the employer's family who performed services for which they received no remuneration. Claimant was not related to the employer and she received seven dollars per week for her services and in addition thereto board at the rate of thirty dollars per month. Her name and the wages she received were included in the employer's payroll which was audited by appellant. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Mrs. Loretta Anna McCarthy, Respondent, against Worthington Pump and Machinery Corporation, Appellant. State Industrial Board, Respondent.— Appeal from an award for death benefits. Deceased was employed as a laborer, and while placing castings in a box sustained a lacerated wound of the tip of the right thumb which resulted in an infection and malignant endocarditis, from which he died May 8, 1936. The evidence sustains the finding of causal relation. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.